1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  KATIE BURROUGHS MEDEARIS (CABN 262539)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3704
        FAX: (510) 637-3724
7       katie.medearis@usdoj.gov

8  Attorneys for United States of America

9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                               OAKLAND DIVISION
12

13
    UNITED STATES OF AMERICA,           ) Case No.14-CR-70886-MAG
14                                      )
            Plaintiff,                  )
15                                      ) STIPULATION AND [PROPOSED] ORDER
                   v.                   ) EXCLUDING TIME UNDER SPEEDY TRIAL ACT
16                                      ) AND RULE 5.1 FROM OCTOBER 7, 2014 TO
    RYAN ALLEN SISEMORE,                ) NOVEMBER 21, 2014 FOR ALL DEFENDANTS
17      a/k/a Ryan Allan Sisemore,      )
    VICTOR EASLEY,                      )
18  OSCAR VARGAS,                       )
    RONNIE RICHARD TURNER,              )
19      a/k/a Ronnie Allen Turner       )
        a/k/a Ronnie Richard Allen Turner )
20      a/k/a Ronnie Richard Alle Turner, and )
21  FIL FILIMON GUITRON III,            )
                                        )
22          Defendants.                 )

23

24

25

26

27

28

   STIP. AND [PROPOSED] ORDER
                                        1

**STIPULATION**

Defendants Ryan Allen Sisemore, Victor Easley, Oscar Vargas, Ronnie Richard Turner, and Fil Filimon Guitron III (collectively, the "Defendants") were charged by complaint in the above-referenced matter in the Northern District of California with conspiracy and possession with intent to distribute a controlled substance, to wit: heroin.  In accordance with court orders, the Defendants were released following their arrest and placed in residential drug treatment programs the Eastern or Northern Districts of California.  Since their initial appearance on the aforementioned charges, the Government has produced discovery related to numerous drug deals.  The Government is also preparing additional discovery for production, including videos, that defense counsel will need time to review with their clients.

The parties hereby request that the preliminary hearing date in this matter be moved from October 7, 2014 to November 21, 2014.  The parties make this request time to allow reasonable time for the effective preparation of counsel, as well as time to allow the parties to confer and determine whether a pre-indictment resolution is possible.  Additionally, the parties request is reasonable in light of the difficulties associated with counsel conferring with their clients, many of whom reside in the Eastern District and/or may remain in residential drug treatment facilities.  For the reasons stated, the parties believe that good cause exists to exclude and waive time under Federal Rule of Criminal Procedure 5.1(c) and (d), taking into account the public interest in the prompt disposition of a criminal case and Defendants' consent.

IT IS SO STIPULATED.

DATED:  October 3, 2014

                /s/
KATIE BURROUGHS MEDEARIS
Assistant United States Attorney

DATED:  October 3, 2014

                /s/
ANGELA MILELLA HANSEN
Counsel for Defendant Fil Guitron, III

STIP. AND [PROPOSED] ORDER

DATED: October 3, 2014

            /s/
JULIA MEZHINSKY JAYNE
Counsel for Defendant Ryan Sisemore

DATED: October 3, 2014

            /s/
ADAM PENNELLA
Counsel for Defendant Oscar Vargas

DATED: October 3, 2014

            /s/
SCOTT ALAN SUGARMAN
Counsel for Defendant Ronnie Turner

DATED: October 3, 2014

            /s/
KENNETH HOWARD WINE
Counsel for Defendant Victor Easley

STIP. AND [PROPOSED] ORDER

3

**[PROPOSED] ORDER**

For the reasons stated by the parties, the Court finds that the aforementioned request is supported by good cause and made with the consent of Defendants. Fed. R. Crim. Proc. 5.1(c) and (d). The Court therefore finds that an exclusion of time between October 7, 2014 and November 21, 2014 is merited under Federal Rules of Criminal Procedure Rule 5.1(c) and (d) and moves the date of the preliminary hearing to November 21, 2014.

IT IS SO ORDERED.

Dated: October __6____, 2014

_____
HONORABLE KANDIS WESTMORE
United States Magistrate Judge

STIP. AND [PROPOSED] ORDER

4