JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
260 California Street, Suite 1001
San Francisco, California 94111
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
RYAN SISEMORE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN SISEMORE et al,<br><br>Defendant. | Case No. CR 14-70886 [~~DMR~~] MAG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING** |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendants Ryan Sisemore, Victor Easley, Oscar Vargas, Ronnie Turner, and Fil Filimon Guitron III, that the hearing presently scheduled for January 14, 2015 at 9:30 a.m. be taken off calendar and rescheduled for February 25, 2015 at 9:30 a.m. The reason for this extension is that all counsel believe additional time is necessary to consult with their clients and with the Government prior to the issuance of an Indictment. Due to the holidays and Government counsel's trial schedule, the parties have not been able to convene and meaningfully discuss the ultimate direction of this case.

The Defense submits and the Government does not object that it is appropriate to exclude time from January 14, 2015 through February 25, 2015, for the purpose of effective preparation, and because the ends of justice served by taking such action outweigh the best interest of the

---

**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING DATE. CASE NO. CR 14-70886**

public and the defendant in a speedy trial, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Additionally, the parties agree to waive the timing of a preliminary hearing under Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties agree that this waiver covers all time between the date of this stipulation and February 25, 2015.

**IT IS SO STIPULATED**

DATED: January 8, 2015    By:    /s/
Julia Mezhinsky Jayne
Counsel for RYAN SISEMORE

DATED: January 8, 2015    By:    /s/
Angela Hansen
Counsel for FIL GUITRON, III

DATED: January 8, 2015    By:    /s/
Adam Pennella
Counsel for OSCAR VARGAS

DATED: January 8, 2015    By:    /s/
Scott Alan Sugarman
Counsel for RONNIE TURNER

**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING CASE NO. CR 14-70886**

| | |
|---|---|
| DATED: January 8, 2015 | By:        /s/<br>Kenneth Howard Wine<br>Counsel for VICTOR EASLEY |
| DATED: January 8, 2015 | UNITED STATES ATTORNEY'S OFFICE |
| | By:        /s/<br>KATIE BURROUGHS MEDEARIS<br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

**ORDER**

**IT IS SO ORDERED.**

DATED: 1/12/15

HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING CASE NO. CR 14-70886**