MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATIE BURROUGHS MEDEARIS (CABN 262539)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3704
    FAX: (510) 637-3724
    katie.medearis@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RYAN ALLEN SISEMORE,<br>    a/k/a Ryan Allan Sisemore,<br>VICTOR EASLEY,<br>OSCAR VARGAS,<br>RONNIE RICHARD TURNER,<br>    a/k/a Ronnie Allen Turner<br>    a/k/a Ronnie Richard Allen Turner<br>    a/k/a Ronnie Richard Alle Turner, and<br>FIL FILIMON GUITRON III,<br><br>    Defendants. | Case No.14-CR-70886-MAG<br><br>REVISED STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT AND RULE 5.1 FROM MAY 6, 2015 TO JUNE 23, 2015 FOR ALL DEFENDANTS |

STIP. AND [PROPOSED] ORDER
Case No.14-CR-70886-MAG

**STIPULATION**

Defendants Ryan Allen Sisemore, Victor Easley, Oscar Vargas, Ronnie Richard Turner, and Fil Filimon Guitron III (collectively, the "Defendants") were charged by complaint in the above-referenced matter in the Northern District of California with conspiracy and possession with intent to distribute a controlled substance, to wit: heroin.  In accordance with court orders, the Defendants were released following their arrests and placed in residential drug treatment programs the Eastern or Northern Districts of California.  The Defendants have since completed their in-patient programs and remain under the supervision of pretrial officers.

Since their initial appearance on the aforementioned charges, the Government has produced discovery related to numerous drug deals, including audio-video recordings.  Following production of discovery, defense counsel and the Government have engaged in discussions about possible pre-indictment resolutions.  The Government recently proposed considering Defendants for the District's new Conviction Alternatives Program and defense counsel has asked for time to discuss this option with their clients.  As such, the parties request additional time to discuss the potential, alternative resolution and evaluate the Defendants' suitability for the new program.

The preliminary hearing in this matter is presently scheduled on May 6, 2015 and the parties hereby request that it be continued to June 23, 2015.  The parties make this request time to allow for reasonable time for the effective preparation of counsel and to ensure continuity of continuity of counsel.  (One of the undersigned defense counsel has an upcoming trial.)  Additionally, the parties' request is reasonable in light of the difficulties associated with defense counsel conferring with their clients, many of whom reside in the Eastern District.  Based on preliminary discussions regarding the potential alternative resolution, the parties do not anticipate needing an additional continuance beyond the new requested date.

///

///

///

1  For all of the reasons stated, the parties believe that good cause exists to exclude and waive time
2  under Federal Rule of Criminal Procedure 5.1(c) and (d) through June 23, 2015, taking into account the
3  public interest in the prompt disposition of a criminal case and Defendants' consent, and to exclude time
4  under the Speedy Trial Act.  18 U.S.C. § 3161.

5  IT IS SO STIPULATED.

7  DATED:  May 4, 2015

8          /s/
  KATIE BURROUGHS MEDEARIS
  Assistant United States Attorney

10  DATED:  May 4, 2015

11          /s/
12  ANGELA MILELLA HANSEN
  Counsel for Defendant Fil Guitron, III

13  DATED:   May 4, 2015

        /s/
14  JULIA MEZHINSKY JAYNE
  Counsel for Defendant Ryan Sisemore

15  DATED:  May 4, 2015

16          /s/
17  ADAM PENNELLA
  Counsel for Defendant Oscar Vargas

19
20  DATED:   May 4, 2015

        /s/
21  SCOTT ALAN SUGARMAN
  Counsel for Defendant Ronnie Turner

23
24  DATED:   May 4, 2015

25          /s/
  KENNETH HOWARD WINE
26  Counsel for Defendant Victor Easley

1 **[~~PROPOSED~~] ORDER**

2 For the reasons stated by the parties, the Court finds that the aforementioned request is supported
3 by good cause and made with the consent of Defendants. Fed. R. Crim. Proc. 5.1(c) and (d). The Court
4 therefore finds that an exclusion of time between May 6, 2015 and June 23, 2015 is merited under
5 Federal Rules of Criminal Procedure Rule 5.1(c) and (d) and the Speedy Trial Act under 18 U.S.C. §
6 3161 and moves the date of the preliminary hearing to June 23, 2015.

7 IT IS SO ORDERED.

9 Dated: May __5__, 2015

_____
HONORABLE KANDIS WESTMORE
United States Magistrate Judge