JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
260 California Street, Suite 1001
San Francisco, California 94111
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
RYAN SISEMORE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-70886 MAG |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING** |
| v. | |
| RYAN SISEMORE et al, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendants Ryan Sisemore, Victor Easley, Oscar Vargas, Ronnie Turner, and Fil Filimon Guitron III, that the hearing presently scheduled for November 16, 2015 at 9:30 a.m. be taken off calendar and rescheduled for December 7, 2015 at 9:30 a.m. The reason for this extension is that all counsel believe additional time is necessary to prepare this case for pretrial diversion.

The Defense submits and the Government does not object that it is appropriate to exclude time from November 16, 2015 through December 7, 2015, for the purpose of effective preparation, and because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Additionally, the parties agree to waive the timing of a preliminary

**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING DATE. CASE NO. CR 14-70886**

hearing under Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties agree that this waiver covers all time between the date of this stipulation and December 7, 2015.

**IT IS SO STIPULATED**

DATED: November 13, 2015          By:          /s/
                                               Julia Mezhinsky Jayne
                                               Counsel for RYAN SISEMORE

DATED: November 13, 2015          By:          /s/
                                               Angela Hansen
                                               Counsel for FIL GUITRON, III

DATED: November 13, 2015          By:          /s/
                                               Adam Pennella
                                               Counsel for OSCAR VARGAS

DATED: November 13, 2015          By:          /s/
                                               Scott Alan Sugarman
                                               Counsel for RONNIE TURNER

**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING CASE NO. CR 14-70886**

DATED: November 13, 2015         By:  _____/s/_____
                                       Kenneth Howard Wine
                                       Counsel for VICTOR EASLEY

DATED: November 13, 2015         UNITED STATES ATTORNEY'S OFFICE

                                 By:  _____/s/_____
                                       KATIE BURROUGHS MEDEARIS
                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

## ORDER

Based on the reasons provided above, the status hearing set for November 16, 2015 is vacated and reset for December 7, 2015, at 9:30 a.m., before the sitting United States Magistrate Judge. It is further ordered that time is excluded from November 16, 2015 through December 7, 2015, for the purpose of effective preparation, and because the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial, taking into account the exercise of due diligence. Additionally, the timing of a preliminary hearing under Rule 5.1(d) of the Federal Rules of Criminal Procedure has been waived between the date of this stipulation and December 7, 2015.

**IT IS SO ORDERED.**

DATED: 11/13/15                  _____
                                 HON. KANDIS A. WESTMORE
                                 UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING CASE NO. CR 14-70886**